UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-510-H

CAVALRY PORTFOLIO SERVICES, LLC                              PLAINTIFF

V.

JAMIE WADE                                                  DEFENDANT

## MEMORANDUM AND ORDER

Plaintiff, Cavalry Portfolio Services, LLC, has moved to remand this case to state court because Defendant has not shown any basis for federal jurisdiction.  This case was originally filed in Marion Circuit Court and amounts to a one page claim on an account in the amount of $5,877.16.  Though the parties to the dispute may be diverse, the amount in dispute is far below the federal jurisdictional threshold and Defendant has not identified any conceivable way that the threshold could be met or exceeded.

Defendant has the burden of showing federal jurisdiction and has not identified any reason why an enlargement of time in which to file a response could lead to evidence which would support jurisdiction.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to remand is SUSTAINED and this case is REMANDED to Marion Circuit Court.

cc:     Counsel of Record
       Jamie Wade, *Pro Se*